# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION



FILED

___ 25 'H 'I: 10

_____ COURT
_____ FLORIDA

UNITED STATES OF AMERICA

-vs-

BRUCE F. BEAVER

Case Number: 6:96-Cr-19-Orl-18DAB

USM Number: 20000-018

Peter Warren Kenny, FPD
201 South Orange Avenue, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant was found in violation of charge numbers One, Two, Three, Four, Five, Six, Seven and Eight of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct: Possession of Methamphetamine | November 27, 2006 |
| 2 | New Criminal Conduct: Possession of Drug Paraphernalia | November 27, 2006 |
| 3 | New Criminal Conduct: Felony Flee and Attempt to Elude | January 27, 2007 |
| 4 | Positive Urinalysis (Methamphetamine) | February 8, 2007 |
| 5 | Positive Urinalysis (Methamphetamine) | March 19, 2007 |
| 6 | Positive Urinalysis (Methamphetamine) | March 22, 2007 |
| 7 | Positive Urinalysis (Methamphetamine) | March 28, 2007 |
| 8 | Positive Urinalysis (Methamphetamine) | April 5, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

7/24/2007

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

July **24** ,2007

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 Months** with credit for time already served.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal